IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRANDON KYLE ROBERTS,**
**ADC #652423**                                                                                                  **PLAINTIFF**

v.                                    Case No. 5:14-cv-00051-KGB-JTK

**JIMMY COLEMAN, et al.**                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

DATED this 24th day of July, 2014.

_____
Kristine G. Baker
United States District Judge